UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SCOTT,

    Plaintiff,                                                Civil Action No. 16-CV-13462

vs.                                                     HON. BERNARD A. FRIEDMAN

BARRY LAMB and
MARK ROARK,

    Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter is presently before the Court on defendants' motion for summary judgment [docket entry 26]. Magistrate Judge Anthony P. Patti has submitted a Report and Recommendation ("R&R") in which he recommends that the motion be granted in part and denied in part. No party has filed objections to the R&R and the objection period has expired. Having reviewed the amended complaint, the motion papers, and the R&R, the Court agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Patti's June 29, 2017, R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendants' motion for summary judgment is granted in part and denied in part as follows:  The motion is granted as to all claims against defendant Roark and as to the access-to-courts claim against defendant Lamb; the motion is denied as to the retaliation claims against defendant Lamb.

                                                          S/ Bernard A. Friedman_____
                                                          BERNARD A. FRIEDMAN
                                                          SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 18, 2017
       Detroit, Michigan

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective e-mail or First Class U.S. Mail addresses disclosed on the Notice of Electronic Filing on James Scott, #124522

                                                                              s/Carol L. Mullins
                                                                              Case Manager